UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA H. CRITTENDON, | Case No. 2:20-cv-2062-GMN-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| AHJALEE COOPER, *et al*., | |
| Defendants. | |

Plaintiff, who is incarcerated in the custody of the Nevada Department of Corrections (NDOC), has filed a motion (ECF No. 7) for extension of time to file an amended complaint and to again be provided the attachments to the Court's June 23, 2021 Screening Order (ECF No. 5). Plaintiff indicates that he needs the additional time because the Screening Order provided that his entire complaint be attached to the Screening Order, but that he was only provided the first page of his original complaint. Accordingly, to provide Plaintiff adequate time to prepare an amended complaint,

THE COURT **ORDERS** that Plaintiff's Motion for Court Order to Have Prison Produce Legal Documents and Extension of Time (ECF No. 7) is GRANTED as follows.

THE COURT FURTHER **ORDERS** that the Clerk of the Court again send Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, and a copy of his original complaint (ECF No. 6). **The HDSP Librarian or designee will provide Plaintiff a complete copy of his original complaint (ECF No. 6).** If Plaintiff chooses to file an amended complaint, he should use the approved form and he will write the words "First Amended" above the words "Civil Rights Complaint" in the caption.

THE COURT FURTHER **ORDERS** that, if Plaintiff chooses to file an amended complaint curing the deficiencies of his complaint, as outlined in the Court's June 23, 2021 Screening Order (ECF No. 5), the time to file the amended complaint is extended to 30 days from the date of entry of this order.

THE COURT FURTHER **ORDERS** that, if Plaintiff chooses to file an amended complaint, the Court will screen the amended complaint in a separate screening order. The screening process will take several months.

THE COURT FURTHER **ORDERS** that, if Plaintiff does not file an amended complaint curing the deficiencies outlined in the Court's June 23, 2021 Screening Order (ECF No. 5), this action will promptly proceed exclusively against Defendant Cooper on Plaintiff's First Amendment claim of retaliation and Eighth Amendment claim of excessive force.

DATED THIS __29__ of June 2021

Gloria M. Navarro
United States District Judge