UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA H. CRITTENDON,<br><br>                              Plaintiff<br><br>   v.<br><br>AHJALEE COOPER,<br><br>                              Defendant | Case No. 2:20-cv-02062-GMN-VCF<br><br>ORDER |

This action began with a pro se civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner.  Plaintiff has submitted an application to proceed *in forma pauperis*.  (ECF No. 1).  Based on the financial information provided, the Court finds that Plaintiff is unable to prepay the full filing fee in this matter.

The Court entered a screening order on June 23, 2021.  (ECF No. 5).  A follow-up order imposed a 90-day stay and directed the Office of the Attorney General to enter a limited notice of appearance on behalf of the only defendant in this case, Ahjalee Cooper, for the purpose of settlement.  (ECF No. 10).  The Office of the Attorney General has filed notices indicating that it cannot enter a limited notice of appearance for Defendant Cooper because she no longer works for the NDOC and the Office has not received a request for representation from her despite the Office's attempts to contact her.  (ECF Nos. 11, 13.)

The Office of the Attorney General is directed to comply with this Court's earlier order by Tuesday, November 30, 2021, and to "file, under seal, but will not serve the inmate Plaintiff, the last known address of Defendant Cooper. If the last known address of the defendant is a post office box, the Attorney General's Office will attempt to obtain and provide the last known physical address." (ECF No. 12 at 2, lines 25-28).

After the Office of the Attorney General files Defendant Cooper's last known address under seal, this case will be removed from the Inmate Early Mediation Program and will proceed on the normal litigation track.

For the foregoing reasons, **IT IS ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **GRANTED**. Plaintiff shall not be required to pay an initial installment of the filing fee. In the event that this action is dismissed, the full filing fee must still be paid pursuant to 28 U.S.C. § 1915(b)(2).

2. The movant herein is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of security therefor.

3. Pursuant to 28 U.S.C. § 1915, as amended by the Prison Litigation Reform Act, the Nevada Department of Corrections will forward payments from the account of **Joshua H. Crittendon, # 7511692** to the Clerk of the United States District Court, District of Nevada, 20% of the preceding month's deposits (in months that the account exceeds $10.00) until the full $350 filing fee has been paid for this action. The Clerk of the Court will send a copy of this order to the Finance Division of the Clerk's Office. The Clerk will send a copy of this order to the attention of **Chief of Inmate Services for the Nevada Department of Corrections,** P.O. Box 7011, Carson City, NV 89702.

4. **By Tuesday, November 30, 2021**, the Office of the Attorney General will file, under seal, but will not serve Plaintiff, the last known address of Defendant Cooper. If the last known address of the defendant is a post office box, the Attorney General's Office will attempt to obtain and provide the last known physical address.

DATED THIS 22nd day of November 2021.

_____
UNITED STATES MAGISTRATE JUDGE