**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOSHUA H. CRITTENDON,

              Plaintiff,

v.

AHJALEE COOPER,

              Defendant.

2:20-cv-02062-GMN-VCF

**ORDER RE: SERVICE OF PROCESS**

      The Office of the Attorney General did not accept service of process on behalf of Defendant Ahjalee Cooper who is no longer an employee of the Nevada Department of Corrections. (ECF No. 13.) However, the Attorney General has filed the last known address of this Defendant under seal. (ECF No. 16.) If Plaintiff wishes to have the U.S. Marshal attempt service on this Defendant, he shall follow the instructions contained in this order.

      The Clerk shall ISSUE a summons for the above-named Defendant and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 16.) The Clerk shall also SEND sufficient copies of the complaint, (ECF No. 6), the screening order, (ECF No. 5), the follow-up order (ECF No. 10), and this order to the U.S. Marshal for service on the Defendant.  The Clerk shall SEND to Plaintiff one USM-285 form. Plaintiff shall have 30 days from the date of this order, to complete the USM-285 service form and return it to the U.S. Marshal, 333 Las Vegas Blvd South, Suite 2058, Las Vegas, NV 89101.

      If Plaintiff fails to follow this order, the above-named Defendant will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

**DATED:** 12-10-2021

_____

**UNITED STATES MAGISTRATE JUDGE**