UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Joshua H. Crittendon,<br><br>                    Plaintiff<br><br>v.<br><br>Ahjalee Cooper, *et al.*,<br><br>                    Defendants | Case No. 2:20-cv-02062-CDS-VCF<br><br>Order to Show Cause and<br>Directing Plaintiff to Update His Contact<br>Information with the Court |

      Pro se plaintiff Joshua Crittendon brings this action in which he alleges that a correctional officer sexually harassed him and used excessive force against him at the High Desert State Prison (HDSP), where he was incarcerated. ECF No. 1-1 at 1, 4–5. This case was assigned to me on April 13, 2022. ECF No. 30. There were no filings in this action between May 5, 2022, and September 6, 2022. *See* ECF Nos. 31, 32. On September 26, 2022, a minute order granting defendant's motion to extend time to file a motion for summary judgment (ECF No. 33) was returned as undeliverable from the Ely State Prison, noting that Crittendon was "housed at HDSP." ECF No. 34. On November 2, 2022, defendant's second motion to extend time to file a motion for summary judgment (ECF No. 35) was returned as undeliverable from the Ely State Prison, again noting that Crittendon was "not at ESP." ECF No. 36. However, Crittendon has not filed an updated address with the court.

      Crittendon is reminded that although he is proceeding pro se, he must comply with the Federal Rules of Civil Procedure and the local rules of this court. *See King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987), *overruled on other grounds*, *Lacey v. Maricopa Cnty.*, 693 F.3d 896 (9th Cir. 2012) ("Pro se litigants must follow the same rules of procedure that govern other litigants."). Under

this district's local rules, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1. I hereby grant Crittendon until **Monday, December 5, 2022**, to show cause why he has not filed an updated address with the court and comply with this order by filing his updated address. If Crittendon does not update the court with his current address by the deadline, this case may be dismissed without prejudice and without further notice.

### Conclusion

For the foregoing reasons, IT IS HEREBY ORDERED that Crittendon must update his address with the court by **Monday, December 5, 2022**.

IT IS FURTHER ORDERED that if Crittendon fails to timely comply, this case may be dismissed without prejudice and without further notice.

DATED: November 3, 2022

_____
Cristina D. Silva
United States District Judge