# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

JOSHUA H. CRITTENDON,

        Plaintiff(s),

v.

AHJALEE COOPER, et al.,

        Defendant(s).

2:20-cv-02062-CDS-VCF

**ORDER**

Before the Court is plaintiff's motion for settlement conference (ECF NO. 43).

Defendants filed an opposition to plaintiff's motion for settlement conference. (ECF No. 44). Defendants state that the Court gave Crittendon until December 5, 2022 "to show cause why he has not filed an updated address with the court and comply with this order by filing his updated address. To date, plaintiff has not updated his address.

Plaintiff's mail has been returned several times since September 2022. The motion for settlement conference was received in the attached envelope with an address at High Desert State Prison.

The court will not set a settlement conference at this time.

Accordingly,

IT IS HEREBY ORDERED that plaintiff's motion for settlement conference (ECF NO. 43), is DENIED without prejudice.

The Clerk of Court is directed to update Plaintiff's address as listed on the attached envelope received from plaintiff.

DATED this 9th day of February 2023.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1

JOSHUA CRITTENDON #1196334
H.D.S.P
P.O. BOX 650
INDIAN SPRINGS, NV-89070

LAS VEGAS NV 890
17 JAN 2023 PM 3 L

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
333 LAS VEGAS BLVD. SO. - RM
LAS VEGAS, NEVADA 89101

RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
JAN 19 2023
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
DEPUTY

89101-706934