1
2
3

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

4

5

\*\*\*

6
JOSHUA H. CRITTENDON,

      Plaintiff(s),

7

v.

8
AHJALEE COOPER, et al.,

9
      Defendant(s).

10

11

2:20-cv-02062-CDS-VCF

**ORDER DENYING MOTION TO VACATE SETTLEMENT CONFERENCE [ECF No. 48] and GRANTING ALTERNATIVE MOTION TO EXCEPT PARTICIPATION BY DEFENDANT AHJALEE COOPER [ECF No.48]**

12

13

14

      Before the court are the motion to vacate settlement conference [ECF No. 48] and in the alternative, motion to exclude/except defendant Ahjalee Cooper from participation in the settlement conference [ECF No. 48]. (ECF Nos. 53 and 54).

15

16

      These motions filed on June 2, 2023, are untimely.  I will consider them, however, given defense counsel's explanation of why they could not be filed in a timely manner.

17

18

19

20

21

      This court retains jurisdiction to hold the settlement conference scheduled for tomorrow.  Holding the settlement conference tomorrow may save considerable resources of the parties and the two courts now involved.  This court has jurisdiction to hold the settlement conference, as such a proceeding will not interfere with the Court of Appeals handling those aspects of the case involved in the appeal, should that be required if the settlement conference is not successful.

22

23

      IT IS HEREBY ORDERED that Defendant's Motion to Vacate Settlement Conference, ECF No. 48, is DENIED.

24

25

IT IS FURTHER ORDERED that the Alternative Motion to Except Participation by Ahjalee Cooper is GRANTED.  Defendant Cooper need not attend tomorrow's settlement conference.

DATED this 5th day of June 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE