1   AARON D. FORD
      Attorney General
2   JANET L. MERRILL (Bar No. 10736)
      Deputy Attorney General
3   State of Nevada
    Office of the Attorney General
4   555 E. Washington Ave., Ste. 3900
    Las Vegas, Nevada 89101
5   (702) 486-3370 (phone)
    (702) 486-3773 (fax)
6   Email: jmerrill@ag.nv.gov

7   *Attorneys for Defendant Ahjalee Cooper*

8

9                   **UNITED STATES DISTRICT COURT**

10                       **DISTRICT OF NEVADA**

11  JOSHUA H. CRITTENDON,

12                          Plaintiff,            Case No.  2:20-cv-02062-CDS-VCF

13  v.
                                                  **STIPULATION AND ORDER TO**
14  AHJALEE COOPER, *et al.*,                     **DISMISS WITH PREJUDICE**

15                          Defendants

16

17         IT IS HEREBY STIPULATED by and between Plaintiff, Joshua H. Crittendon, and

18  Defendant AhJalee Cooper, by and through counsel, Aaron D. Ford, Attorney General of

19  the State of Nevada, and Janet Merrill, Deputy Attorney General of the State of Nevada,

20  Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

21  that the above-captioned action be dismissed with prejudice, with each party bearing their

22  own attorney's fees and costs.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                   Page 1

1    The Parties have resolved this matter in its entirety and agree that the Court may

2    accordingly close the case, with prejudice.  Any outstanding deadlines are considered moot.

3    DATED this 6th day of June, 2023.            DATED this 6th day of June, 2023

4                                                 AARON D. FORD
                                                  Attorney General
5

6    By:_____                      By: /s/ Janet L. Merrill_____
     JOSHUA H. CRITTENDON                          JANET L. MERRILL (Bar No. 10736)
7    Plaintiff                                     Deputy Attorney General
                                                   *Attorneys for Defendant*
8

9

10

11                                    **ORDER**

12       **IT IS SO ORDERED**. This matter is DISMISSED WITH PREJUDICE and the

13   Clerk is directed to close the case.

14                                        DATED 6/6/23, 2020.

15

16

17                                        UNITED STATES DISTRICT JUDGE

18                                        DATED: August 7, 2023

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2     I certify that I am an employee of the State of Nevada, Office of the Attorney

3  General, and that on August 7, 2023, I electronically filed the foregoing, **STIPULATION**

4  **AND ORDER TO DISMISS WITH PREJUDICE**, via this Court's electronic filing

5  system. Parties that are registered with this Court's electronic filing system will be served

6  electronically.

7  Joshua Crittendon #1196334
   High Desert State Prison
8  P. O. Box 650
   Indian Springs, NV 89070
9

10

11

12

13                     An employee of the
                       Office of the Attorney General
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Page **3**